STATE OF CONNECTICUT *v.* JAMES EGAN

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 213 (AC 12389), is denied.

*Francis J. DiScala,* in support of the petition.

Decided June 2, 1995

FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF ROCHESTER *v.* GAIL CONNELLY PELLECHIA ET AL.*

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 423 (AC 13550), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, pursuant to General Statutes § 49-14 (a), the thirty day time limit for filing a motion for deficiency judgment is calculated from the last law day?"

The Supreme Court docket number is SC 15280.

*Ann M. Siczewicz,* in support of the petition.

Decided June 2, 1995

BENJAMIN GYADU *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT

The plaintiff's petition for certification for appeal from the Appellate Court (AC 14083) is denied.

*Benjamin Gyadu,* pro se, in support of the petition.

Decided June 13, 1995

* The appeal was withdrawn February 5, 1996.